# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 05, 2015



Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 14-70015    Adam Ward v. William Stephens, Director
                   USDC No. 3:10-CV-2101

Dear Ms. Mitchell,

The following is(are) returned:

Original Exhibits,     (5) Boxes     ( ) Env.  ( ) Package

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705