# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 5, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Adam Kelly Ward
           v. William Stephens, Director, Texas Department of Criminal
           Justice, Correctional Institutions Division
           No. 14-10033
           (Your No. 14-70015)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 07, 2015

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 14-70015   Adam Ward v. William Stephens, Director
               USDC No. 3:10-CV-2101

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa G. Landry, Deputy Clerk
504-310-7649